| PROB.22 (Rev. 9/98) TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* EP-10-CR-2840KC(2) |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* 2:14-cr-0337 TLN |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| MARLENE GONZALEZ | WD/TX | EL PASO |
| **FILED** | NAME OF SENTENCING JUDGE | |
| JAN - 7 2015 | KATHLEEN CARDONE | |
| CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY____ DEPUTY CLERK | DATES OF PROB/ SUPV. REL. | FROM 12-14-2012 | TO 12-13-2015 |

| OFFENSE |
| --- |
| Conspiracy bulk cash smuggling, 18 § 371 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF  TEXAS

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*  .

October 31, 2014
_____
Date

*Kathleen Cardone*
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  EASTERN DISTRICT OF CALIFORNIA

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/7/15
_____
Effective Date

_____
United States District Judge